IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSEPH LEE JONES,

                Plaintiff,

v.                                        Case No. 20-CV-4023-JWB

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND AND FOR ENTRY OF FINAL JUDGMENT

      This matter is before the Court on the Defendant's Motion to Reverse and Remand and For Entry of Final Judgment (Doc.52). Defendant appears by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney.

      THE COURT, having examined the file and pleadings in this case, for good cause shown, THEREFORE ORDERS that the Defendant, Andrew Saul, Commissioner of Social Security's Motion to Reverse and Remand and For Entry of Final Judgment is granted.


**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

Dated:   January 4, 2021

    _s/ John W. Broomes_____
    JOHN W. BROOMES
    UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.