IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

J.J.,[1]

        Plaintiff,

v.                                                                                               Case No. 20-4023-JWB

MARTIN O'MALLEY,
*Commissioner of Social Security,*

        Defendant.

## MEMORANDUM AND ORDER

On May 7, 2020, Plaintiff filed this action for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and a child disability claim. (Doc. 1.) On January 4, 2021, the court granted the Commissioner's motion to remand this action to the Social Security Administration and entered judgment reversing the Commissioner's prior decision. (Docs. 53, 54.)

More than three years later, Plaintiff has now filed a motion to reopen the case. (Doc. 59.) Notably missing, however, is a statutory basis that would allow this court to reopen this matter more than three years after judgment was entered. To the extent Plaintiff's motion is construed as a motion to set aside judgment, it is untimely. *See* Fed. R. Civ. P. 59, 60.

Further, according to the Commissioner, upon remand Plaintiff was awarded benefits. (Doc. 60 at 1.) That decision was issued July 6, 2023, and there is no indication that Plaintiff timely appealed that decision. Plaintiff's motion in this case and his subsequent filings are largely unintelligible. (Docs. 59, 62, 63.) Plaintiff appears to take issue with the findings of the Commissioner upon remand and the payment received. Those claims, however, were not raised

---

[1] Plaintiff's initials are used to protect privacy interests.

in this proceeding.  If Plaintiff disagreed with the decision after remand, Plaintiff was to bring an action challenging the final decision of the Commissioner.  42 U.S.C. § 405(g).  It is not appropriate to reopen this matter to consider a decision by the Commissioner after remand.

Plaintiff's motion to reopen (Doc. 59) is DENIED.

IT IS SO ORDERED this 25th day of October, 2024.

                                                           s/ John W. Broomes
                                                  JOHN W. BROOMES
                                                  UNITED STATES DISTRICT JUDGE